UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INVIGOR GROUP LIMITED,

                Plaintiff,

– against –

KIT DIGITAL, INC.,

                Defendant.

**ORDER**

13 Civ. 44 (ER)

RAMOS, D.J.:

       On May 9, 2013, Judge Pauley stayed this case pending the bankruptcy proceedings of Kit Digital in the U.S. Bankruptcy Court for the Southern District of New York. Doc. 17. Since the reassignment of this case to this Court, no action has occurred and the parties have filed no status updates. Accordingly, the parties are directed to file a joint status update by November 1, 2020.

It is SO ORDERED.

Dated:   October 2, 2020
            New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.