UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INVIGOR GROUP LIMITED,

                Plaintiff,

– against –

KIT DIGITAL, INC.,

                Defendants.

**ORDER**

13 Civ. 00044 (ER)

Ramos, D.J.:

        The Court is in receipt of Plaintiff's status report dated November 2, 2020.  Doc. 21.  In light of the parties' agreement that this action should be dismissed with prejudice, the parties are instructed to submit a joint stipulation dismissing this matter with prejudice no later than December 1, 2020.  If plaintiff is still unable to reach Defendant's counsel, it is instructed to submit a notice of voluntary dismissal with prejudice by the same date.

        SO ORDERED.

Dated:   November 3, 2020
             New York, New York

                                                              Edgardo Ramos, U.S.D.J.